District Court Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RANDY SMITH, <br><br> Defendant. | NO. CR20-222 RAJ <br><br> ORDER GRANTING MOTION TO SEAL |

Having considered the Government's Motion to Seal, and due to the sensitive information contained therein, it is hereby ORDERED that the Motion to Seal (Dkt. 187) is GRANTED. Exhibit A to the Government's Sentencing Memorandum shall remain sealed.

DATED this 27th day of January, 2023.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
United States v. Randy Smith, CR20-222-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970