Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RANDY SMITH,<br><br>　　　　　　Defendant. | NO. CR20-222 RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

THE COURT has considered the motion by Defendant Randy Smith to seal his sentencing memorandum and attachments. Due to the sensitive information contained therein, it is hereby ORDERED that the Motion to Seal (Dkt. 192) is GRANTED. Defendant Randy Smith's sentencing memorandum and attachments shall remain sealed.

DATED this 27th day of January, 2023.

*(signature)*

The Honorable Richard A. Jones
United States District Judge